IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LELA BOWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV84-SRW |
| | ) (WO) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) seeking review of a decision of the Commissioner of Social Security denying him benefits.  For § 405(g) actions, venue is proper in the judicial district in which the plaintiff resides or has its principal place of business.  42 U.S.C. § 405(g).  Plaintiff is a resident of Dallas County, Alabama.  (Complaint, ¶ 1).  Dallas County is not located within this judicial district, but in the Southern District of Alabama.  See 28 U.S.C. § 81(c)(1).  Therefore, venue is improper in this district.

Accordingly, it is

ORDERED that this action be transferred to the United States District Court for the Southern District of Alabama, Northern Division, pursuant to 28 U.S.C. § 1406(a).

DONE, this 24th day of January, 2006.

        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE